# Westchester
## gov.com

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

**MEMO ENDORSED**

October 24, 2007

Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

Re: **Langford et al. v. County of Westchester; 07 Civ. 8413 (CLB)(GAY)**

Dear Judge Brieant:

This office represents the County of Westchester and its Department of Public Safety (collectively, the "County") in the above referenced matter. The County has been served with a Summons and Complaint and it is presently required to answer or move on or before Tuesday, October 30, 2007. Plaintiffs' counsel has agreed to extend the County's time to answer or move to Friday, November 30, 2007. This is the County's first request for an extension of time to answer or move.

Should you or your staff have any questions with regard to this matter, I may be contacted at (914) 995-5102. Thank you for your consideration.

Respectfully,

Justin D. Pruyne (JP 9594)
Assistant County Attorney

cc:   Gregory Kuczinski, Esq. (GK 3191)
      Kucinzki, Vila & Associates, LLP
      220 White Plains Road, Suite 220
      Tarrytown, New York 10591

*[Handwritten endorsement in left margin:]* Application Granted SO ORDERED October 24, 2007 Charles L. Brieant USDJ