UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SERGEANT DANIEL LANGFORD, DETECTIVE
THOMAS BARKER, POLICE OFFICER JOHN
NORDONE, POLICE OFFICER MITCHELL
SERLIN, DETECTIVE KENNETH HASKO and
DETECTIVE MARK CAREY,

                      Plaintiffs,

      - against -

THE COUNTY OF WESTCHESTER and
WESTCHESTER COUNTY DEPARTMENT OF
PUBLIC SAFETY,
                  Defendants.
------------------------------------------------------------x

**DEFENDANT'S RULE 26 (a) DISCLOSURES**

07 Civ. 8413 [CLB]
ECF Case

COUNSELORS:

      Defendant County of Westchester (also named herein as "Westchester County Department of Public Safety"), by its attorney Charlene M. Indelicato, Westchester County Attorney, hereby identifies the following individuals and documents pursuant to Rule 26(a) of the Federal Rules of Civil Procedure:

      (A) The following individuals, in addition to the named Plaintiffs, are likely to have discoverable information that Defendant may use to support its defenses:

    1.    Lieutenant Richard Daubman
          Special Operations Division
          Westchester County Department of Public Safety Services
          One Saw Mill River Parkway
          Hawthorne, New York 10523
          (914) 864-7890

          Information concerning canine-related work allegedly performed by Plaintiffs and Department procedures concerning canine handling activities.

2. Captain Paul Stasaitis
Commanding Officer, Special Operations Division
Westchester County Department of Public Safety Services
One Saw Mill River Parkway
Hawthorne, New York 10523
(914) 864-7890

Information concerning canine-related work allegedly performed by Plaintiffs and Department procedures concerning canine handling activities.

3. Sergeant Charles Geraci
Westchester County Department of Public Safety Services
One Saw Mill River Parkway
Hawthorne, New York 10523
(914) 864-7890

Information concerning canine-related work performed by Plaintiffs and Department procedures concerning canine handling activities.

4. Donna Ritucci
Director of Administrative Services
Westchester County Department of Public Safety Services
One Saw Mill River Parkway
Hawthorne, New York 10523
(914) 864-7890

Information concerning sums paid and/or reimbursed to Plaintiffs for on and off-duty canine-related duties.

5. Leonard G. Spano
Former President, Westchester County Police Benevolent Association
One Saw Mill River Parkway
Hawthorne, New York 10523
(914) 864-7890

Information concerning negotiations, collective bargaining agreements and stipends issued to canine handlers.

6. Police Officer Michael Hagan
President, Westchester County Police Benevolent Association
One Saw Mill River Parkway
Hawthorne, New York 10523
(914) 864-7890

        Information concerning negotiations, collective bargaining agreements and stipends issued to canine handlers.

7. Michael Wittenberg
   35 Sunnyside Avenue
   Pleasantville, New York 10570

   Information concerning collective negotiations, collective bargaining agreements and stipends issued to canine handlers.

(B) The following documents are in possession, custody or control of County Defendants and may be used by Defendants to support their defenses:

1. Collective bargaining agreements and or Interest Arbitration Awards entered into by the County of Westchester and the Westchester County Police Benevolent Association.

2. Invoices, vouchers, petty cash forms, purchase orders and/or purchase cards and/or receipts and/or other requests for reimbursement or payment submitted by Plaintiffs and/or canine-related service(s) providers.

3. Personnel transaction forms of the Westchester County Department of Human Resources concerning Plaintiffs.

4. Department fleet management records concerning assigned vehicles.

5. Overtime slips submitted by Plaintiffs.

6. Department Operations Order No. 2000-50.

7. Department Standard Operating Procedure No. 74.10.

8. Plaintiff Langford's Memorandum to Lieutenant Richard Daubman dated June 19, 2006, with attachments.

9. Opinion and Award regarding line of duty injury determination dated April 9, 2007 (Case No. PF 278002) and related documentation.

Defendant reserves its right to supplement and/or amend the foregoing responses.

Dated: White Plains, New York
December 4, 2007

CHARLENE M. INDELICATO
Westchester County Attorney
*Attorney for Defendant*

BY: _____
Justin D. Pruyne (JP9594)
Assistant County Attorney
148 Martine Avenue, 6th Floor
White Plains, New York 10601
(914) 995-5102

To: Gregory Kuczinski, Esq. (GK 3191)
Kucinzki, Vila & Associates, LLP
220 White Plains Road, Suite 220
Tarrytown, New York 10591