

# KVA

## KUCZINSKI, VILA & ASSOCIATES, LLP

220 White Plains Road, Suite 220, Tarrytown, NY 10591

Tel.: (914) 347-7333 ♦ Fax.: (914) 347-7395 ♦ Web: www.kvalawfirm.com

February 7, 2008

**VIA FAX # 914-390-4085**
Hon. Charles L. Brieant
United States District Court, Southern District
300 Quarropas Street, Room 275
White Plains, New York 10601

RE: Sergeant Daniel Langord et al v The County of Westchester and
    Westchester County Department of Public Safety
    07-cv-8413

Honorable Brieant:

*[Handwritten: Memo Endorsed / Application Granted / So Ordered / Feb 7, 2008 / Charles L Brieant USDJ]*

A conference in this matter is scheduled for tomorrow, February 8, 2008 at 9:00AM. At this time, both parties respectfully request a one (1) month adjournment of said conference and a one (1) month extension in the discovery schedule. Additionally, we respectfully submit that this is the first request made in this matter for an adjournment.

We are optimistic that this matter will be resolved as settlement proposals have been exchanged between the parties and are currently under review.

Thank you for your time and courtesies.

Respectfully yours,

GREGORY KUCZINSKI

GK/amm
cc: Justin D. Pruyne, Esq. via fax # 914-995-3132