# KVA
## KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Suite 220, Tarrytown, NY 10591
Tel.: (914)347-7333 ◆ Fax.:(914)347-7395 ◆ Web: www.kvalawfirm.com

May 5, 2008

**MEMO ENDORSED**

VIA FACSIMILE

Hon. Charles L. Brieant
United States District Court, Southern District
300 Quarropas Street, Room 275
White Plains, New York 10601

*Application Granted. Discovery period is extended for two (2) months. Conference scheduled for May 9, 2008 is adjourned to July 18, 2008, 9:30 am — So Ordered. Charles L. Brieant USDJ May 6, 2008*

RE: Langford et. al. v. The County of Westchester 07-CV-8413

Honorable Brieant:

Please be advised that this office represents the above referenced plaintiffs in the above referenced action and as such, I am writing at the behalf of both sides to this matter.

As you know, a preliminary conference was held in this matter on December 7, 2007 and a scheduling order entered. Thereafter, the parties requested that the next conference, then scheduled for February 8, 2008, be adjourned for a month, as the parties were discussing settlement. At the conference in March, 2008, we believe the court scheduled the next appearance for this Friday, May 8, 2008. In any event, though the parties have been conducting discovery in this matter, there are still depositions that need to be done and we will not have the same completed by the discovery cutoff date of May 6, 2008, as per the scheduling order. Accordingly, both sides are requesting an adjournment as to the date for discovery, along with the upcoming conference. Based upon the availability of my self, my adversary and our respective witnesses, we feel two months should be more than enough time to finish our discovery. Accordingly, we respectfully request a two month extension on all discovery in this matter, along with the scheduled conferences. This is the second request that we have made to extend a conference in this matter.

Please advise accordingly.

Respectfully yours,

Gregory Kuczinski, Esq.
GK3191

GK/amm
Justin Pryne, Esq.