# KVA
## KUCZINSKI, VILA & ASSOCIATES, LLP
220 White Plains Road, Suite 220, Tarrytown, NY 10591
Tel.: (914)347-7333 ◆ Fax.:(914)347-7395 ◆ Web: www.kvalawfirm.com

May 8, 2008

Justin D. Pruyne, Esq.
CHARLENE M. INDELICATO
Westchester County Attorney
148 Martine Avenue, 6th Floor
White Plains, NY 10601

Re: Langford et al. v. County of Westchester 07 Civ. 8413 (CLB)(GAY)

Dear Mr. Pruyne:

Please be advised that the next conference in the above referenced matter is adjourned to July 18, 2008 at 9:30 a.m.

If you should have any questions, please do not hesitate to contact our office.

Thank you for your kind courtesy and cooperation.

Very truly yours,

Gladys S. Ovadia
Paralegal

/gso

cc: Hon. Charles L. Brieant
United States District Court, Southern District
300 Quarropas Street, Room 275
White Plains, N.Y. 10601
via a facsimile (914) 390-4085